## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RAMONA MARCEL LONG,**      :
     **Petitioner**      :
     :      **No. 1:16-cr-75-4**
**v.**      :
     :      **(Judge Kane)**
**UNITED STATES OF AMERICA,**      :
     **Respondent**      :

## ORDER

**AND NOW**, on this 11th day of December 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 256) is **DISMISSED** as untimely, <u>see</u> 28 U.S.C. § 2255(f);

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the corresponding civil action opened at 1:19-cv-2.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania